AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☑ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of South Carolina ▼

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Target Location and Target Individual as particularly ) Case No. 3:24-cr-00655
described in attachment A to the search warrant )
affidavit of SA Britton Lorenzen dated August 1, 2024 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of     South Carolina
*(identify the person or describe the property to be searched and give its location)*:

See attachment A to the affidavit of HSI Special Agent Britton Lorenzen.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment B to the affidavit of HSI Special Agent Britton Lorenzen

**YOU ARE COMMANDED** to execute this warrant on or before **August 15, 2024**    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___The Honorable Paige J. Gossett___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **August 1, 2024 3:36 p.m.**        *Paige J. Gossett* (signature)
                                                          *Judge's signature*
City and state: Columbia, South Carolina                  Paige J. Gossett, United States Magistrate Judge
                                                          *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*